DAVID CHIU, State Bar #189542
City Attorney
KRISTEN A. JENSEN, State Bar #130196
ANDREA RUIZ-ESQUIDE, State Bar #233731
GIULIA M. GUALCO-NELSON, State Bar #324074
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4700
Facsimile:     (415) 554-4757
E-Mail:         kristen.jensen@sfcityatty.org
                andrea.ruiz-esquide@sfcityatty.org
                giulia.gualco-nelson@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
BOARD OF SUPERVISORS OF THE CITY AND
COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTEL DES ARTS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants. | Case No. 3:23-cv-02933-TLT<br><br>**STIPULATED REQUEST TO CONTINUE THE SETTLEMENT CONFERENCE**<br><br>Hearing Date:  April 17, 2024<br>Time:          10 a.m.<br>Place:         Courtroom G, 15th Floor<br><br>Trial Date:    November 3, 2025 |

Pursuant to Local Rule 7-12, Plaintiff HOTEL DES ARTS, LLC ("Plaintiff") and Defendants CITY AND COUNTY OF SAN FRANCISCO and BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO (collectively herein "Defendants") by and through their

attorneys of record hereby submit a Stipulated Request to Continue the April 17, 2024 Settlement Conference, as follows:

On September 29, 2023, Plaintiff filed a First Amended Complaint and Petition ("FAC").

On November 28, 2023, Defendants filed their Motion to Dismiss the FAC, with a hearing date set for March 12, 2024.

On January 3, 2024, the Court held a telephonic pre-settlement conference with the parties.

On February 21, 2024, the Court granted the parties' request to continue the hearing date on the Motion to Dismiss the FAC, and set that date for June 11, 2024.

Following the pre-settlement conference, the parties have met and discussed a potential settlement. Plaintiff has brought a settlement proposal to Defendants' attention, and Defendants are in the process of carefully considering such proposal.

The parties agree that a compelling reason exists to continue the settlement conference: more time is needed for Defendants to fully evaluate Plaintiff's settlement proposal, which will make further settlement conversations more productive and promote judicial economy.

On April 3, 2024, the parties reached out to the Court to inquire about potential dates to continue the settlement conference. The Court was available at the times proposed herein, at that time.

The parties agree that such continuance will not prejudice any party or impact the current trial date of November 3, 2025.

The parties are all available on May 29, 2024, or May 30, 2024. Should the Court no longer be available on these dates, the parties would appreciate the Court setting another date, at its convenience.

IT IS SO STIPULATED.

Dated:  April 8, 2024

               DAVID CHIU
               City Attorney
               KRISTEN A. JENSEN
               ANDREA RUIZ-ESQUIDE
               GIULIA M. GUALCO-NELSON
               Deputy City Attorneys

            By:/s/ Andrea Ruiz-Esquide
               ANDREA RUIZ-ESQUIDE

               Attorneys for Defendant
               CITY AND COUNTY OF SAN FRANCISCO
               AND BOARD OF SUPERVISORS OF THE
               CITY AND COUNTY OF SAN FRANCISCO

Dated:  April 8, 2024        ZACKS & FREEDMAN, P.C.


            By:/s; Emily L. Brough
               EMILY L. BROUGH

               Attorneys for Plaintiff
               HOTEL DES ARTS. LLC

**ORDER AS MODIFED**

PURSUANT TO STIPULATION IT IS SO ORDERED that:

The parties' April 17, 2024 Settlement Conference is vacated, and will be continued to May 30, 2024 at 10:00 a.m. in Courtroom G, 15th Floor.

SO ORDERED.

Dated: May 30, 2024

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge

SETTLEMENT CONFERENCE
CASE NO. 3:23-cv-02933-TLT

4

n:\land\li2023\230965\01749408.docx